AO-10 (WP)
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CARROLL, EARL H. | DISTRICT COURT - ARIZONA | 5/5/08 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE (SENIOR STATUS) | ___ Nomination, Date _____ <br> ___ Initial  X  Annual ___ Final <br><br> 5b. ___ Amended Report | 1/1/2007 to 12/31/2007 |

**7. Chambers or Office Address**

401 N. WASHINGTON St. STE. 521
SPC 48
PHOENIX, AZ. 85003-2151

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

[✓] **NONE** (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 12 A 10: 01
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

[✓] **NONE** (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[✓] **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

### B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

[✓] **NONE** (No reportable non-investment income.)

| | |
|---|---|
| 1. | |
| 2. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

✓ NONE (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

✓ NONE (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | *NORTHERN TRUST, N.A.* | *MORTGAGE — TOWNHOUSE* ████ *LITCHFIELD PARK, AZ* ████ *OCCUPIED)* | *M* |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   ●=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| CARROLL, EARL H. | 5/5/08 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 AETNA INC. NEW | A | D | K | † | | | | | |
| 2 BANK OF AMERICA | A | I | K | † | | | | | |
| 3 J.P. MORGAN CHASE BK. | A | I | K | † | | | | | |
| 4 — | | | | | | | | | |
| 5 AMERIPRISE | A | D | M | † | | | | | |
| 6 PUTNAM GROWTH + INC. - CL A | B | D | M | † | | | | | |
| 7 ANHEUSER BUSCH COS. INC. | D | D | N | † | | | | | |
| 8 NAVISTAR | A | D | J | † | | | | | |
| 9 CITIZEN'S UTILITIES | A | D | J | † | | | | | |
| 10 ENTERGY CORP. | A | D | J | † | | | | | |
| 11 DEVON ENERGY CORP. | A | D | J | † | | | | | |
| 12 EXXON MOBIL CORP. | A | D | K | † | | | | | |
| 13 IBM | A | D | J | † | | | | | |
| 14 MOTOROLA | A | D | L | † | | | | | |
| 15 HONEYWELL INT. INC. | A | D | K | † | | | | | |
| 16 J.P. MORGAN CHASE | A | D | J | † | | | | | |
| 17 — | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 PHOENIX COUNTRY CLUB STOCK MEMBERSHIP | | | | | SELL | 12/1/07 | J | D | |
| 19 NATIONWIDE INS. ANNUITIES | NONE | | M | T | | | | | |
| 20 JACKSON NATIONAL ANNUITIES | NONE | | M | T | | | | | |
| 21 U.S. SAVINGS BONDS | NONE | | L | T | | | | | |
| 22 TAMARACK INVT. FDS. | A | D | K | T | | | | | |
| 23 AXA EQUITABLE IRA | NONE | | M | T | | | | | |
| 24 MINERAL RIGHTS-PEARL RIVER CO. MISSISSIPPI | NONE | | (VALUE UNKNOWN) | | | | | | |
| 25 RESIDENCE - LAGUNA BEACH, CA. | D | RENT | L | S | →(SEE SEC. VIII) | | | | |
| 26 (THE FOLLOWING ARE HELD IN RBC DAIN RAUSCHER IRA ACCOUNT) | | | | | | | | | |
| 27 WYETH | B | D | L | T | | | | | |
| 28 A+++ | A | D | K | T | | | | | |
| 29 VERIZON Comm. | A | D | J | T | | | | | |
| 30 BELL SOUTH CORP. | A | D | K | T | EXCHANGE 1/3/07 BECAME ▓▓▓ AT+T) | | | | BELL SOUTH |
| 31 — | | | | | | | | | |
| 32 CARLISLE | B | D | M | T | | | | | |
| 33 FMC CORP. | A | D | J | T | | | | | |
| 34 IBM | A | D | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

CARROLL, EARL H.

Date of Report

5/5/08

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 HECLA MINING | A | D | J | T | SOLD | 10/23 | J | | (SEE SECTION VIII.) |
| 36 LUBRIZOL | A | D | K | † | | | | | |
| 37 PHELPS DODGE - (NOW FREE PORT McMORAN COPPER) | A | D | J | T | EXCHANGE | 4/3 | | | |
| 38 RPM | A | D | K | T | SOLD | 10/23 | K | | (SEE SECTION VIII.) |
| 39 — | | | | | | | | | |
| 40 J.P. MORGAN-CHASE | A | D | K | † | | | | | |
| 41 WEST PHARMACEUTICAL | A | D | K | T | | | | | |
| 42 WEYERHAEASER | A | D | J | T | | | | | |
| 43 TAMARACK INV. F.D.S. | A | D | J | T | | | | | |
| 44 NORFOLK SOUTHERN | A | D | K | T | | | | | |
| 45 BAKER HUGHES INC. | A | D | K | T | | | | | |
| 46 B.P. PLC. SPONS. ADR | B | D | L | T | | | | | |
| 47 — | | | | | | | | | |
| 48 ALLTEL CORP. | A | D | J | T | SOLD | 11/16 | J | | (SEE SECTION VIII.) |
| 49 — | | | | | | | | | |
| 50 FMC TECHNOLOGIES, INC. | A | D | J | T | PARTIAL SALE | 10/23 | K | | (SEE SECTION VIII.) |
| 51 SPRINT NEXTEL CORP. | A | D | K | T | SOLD | 10/23 | K | | (SEE SECTION VIII.) |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50.000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001 -$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: CARROLL, EARL H.

Date of Report: 5/5/08

## VII. Page 4  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 EMBARQ CORP. | A | D | J | T | SOLD | 10/23 | J | (SEE SECTION VIII.) | |
| 53 IDEARC INC. | A | D | J | T | SOLD | 10/23 | J | (SEE SECTION VIII.) | |
| 54 — | | | | | | | | | |
| 55 WELLS FARGO BK. SAV. | A | I | K | T | | | | | |
| 56 WELLS FARGO BK. C.D. | A | I | K | T | | | | | |
| 57 SCHERING-PLOUGH CORP. | A | D | L | T | | | | | |
| 58 — | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | CARROLL, EARL H. | 5/5/08 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

II.- PAGE 2 - LINE 25 - VALUE METHOD S - ASSESSED FULL VALUE - ORANGE County, CALIFORNIA. TREASURER'S Bill - 2007-2008 - $93,025.

I - PAGE 3 - LINE 35 - HECLA MINING
LINE 38 - RPM
LINE 48 → ALLTEL CORP.
LINE 50 - FMC TECHNOLOGIES INC.
LINE 51 - SPRINT NEXTEL CORP.
PAGE 4 LINE 52 - EMBARQ CORP.
LINE 53 - INDEARC INC.

THE ABOVE STOCKS WERE SOLD AS A DIRECT CHARITABLE DISTRIBUTION ROM my IRA AS PROVIDED By THE SEC. 1201 OF THE PENSION PROTECTION Act F 2006 AND SEC. 408 (D) (8) OF THE INTERNAL REVENUE CODE OF 1966, S AMENDED. VALUE CODE L EQUALS (TOTAL OF ALL SEVEN STOCKS.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544